**FILED**

B134

JUN 2 3 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TION BOLDING

Criminal No. 26- 121

(18 U.S.C. § 922(g)(1))

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about March 3, 2026, in the Western District of Pennsylvania, the defendant,

TION BOLDING, knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, namely,

| DATE | OFFENSE | COURT & CASE NUMBER |
|------|---------|---------------------|
| June 9, 2014 | Rape of a child, in violation of 18 Pa. C.S. § 3132(c) | Court of Common Pleas of Allegheny County, Docket No. CP-02-CR-0003189-2014 |
| August 25, 2014 | Firearm not to be carried without a license, in violation of 18 Pa. C.S. § 6106 | Court of Common Pleas of Allegheny County, Docket No. CP-02-CR-0017661-2013 |

did knowingly possess, in and affecting interstate commerce, ammunition, to wit: 9mm Luger

ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the United States will seek forfeiture in accordance with 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to the following: 9mm Luger ammunition.

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

BARBARA K. DOOLITTLE
Assistant United States Attorney
PA ID No. 204338

2